# EXHIBIT E

Please Sign In and use this article's on page print button to print this article.

HEALTH CARE

# Howard hospital sued over claims of retaliation against former staffer



Howard University Hospital was managed by Paladin Healthcare Management for five years starting in 2014.

JOANNE LAWTON

**IN THIS ARTICLE**

**sharondabrown**
Person

**gloriagammage**
Person

**johntolmie**
Person



By Sara Gilgore
Staff Reporter, Washington Business Journal
Dec 9, 2019

A former employee is suing Howard University Hospital and its former operator, Paladin Healthcare Management LLC, for retaliation and wrongful termination.

The complaint was filed Nov. 6 in U.S. District Court for the District of Columbia by Sharonda Brown, HUH's director of nursing for emergency and trauma services from August 2015 to November 2016. It alleges that the plaintiff's immediate supervisor, Gloria Gammage, ended Brown's employment when Brown raised issues around what she claims was fraudulent billing by the defendants.

The suit said that Brown "was discharged because of her lawful efforts to stop one or more violations of the False Claims Act," causing her financial and emotional damages. She is seeking an order restoring her position at HUH or, as an alternative, back pay for income lost because of her firing and double the amount of lost pay for retaliatory termination, compensatory and punitive damages, and attorneys' fees. Brown is requesting a jury trial.

Howard University declined to comment through a spokesperson for this story. The D.C. hospital has until Jan. 13 to file a response to the complaint.

Paladin, who was the California-based hospital turnaround specialist that ran Howard University Hospital from 2014 to March 2019, has not returned a request for comment. Paladin has verbally agreed to a similar timetable as HUH for filing its response, according to Leizer Goldsmith of the Goldsmith Law Firm LLC, who's representing Brown.

"My whole purpose is patient safety and quality care, and in anything that I was doing, everything always was initiated because I was looking at a process or something that I was trying to improve in the emergency department," Brown said in an interview this week with the Washington Business Journal. "So when things came up that needed to be

addressed, I spoke up, and when things were not being resolved, I really spoke up. Every day, I followed the chain of command, from reporting to my direct report to everyone."

Before Paladin's involvement at Howard, the nonprofit hospital had suffered a $58 million loss in fiscal 2014. It cut that loss to about $20 million in fiscal 2015 on Paladin's watch before going into the black. The D.C. hospital netted $18.72 million in fiscal 2016, $13.71 million in fiscal 2017 and $480,000 in fiscal 2018. After Howard ended its five-year agreement with Paladin earlier this year, it named John Tolmie the hospital's interim CEO in April. Now Howard is working toward a management agreement that would give Adventist HealthCare, a regional health system based in Germantown, the reins of the academic teaching facility as early as next year.

According to the lawsuit, Brown was hired Aug. 12, 2015, to oversee nursing in Howard hospital's emergency department and trauma units, serving in that role until she was fired Nov. 11, 2016. During most of that time, she reported to Gammage, a Paladin employee and HUH's chief nursing officer beginning in October 2015.

The complaint alleges that HUH was unlawfully charging patients for care they didn't receive — that patients and their insurance carriers were billed "as if they had seen a physician, without actually ever seeing one." To qualify for inpatient reimbursement, ER patients must receive care comparable to that of admitted patients in the hospital's inpatient units, per the Centers for Medicare and Medicaid Services. But Howard's ER "lacked the capability to adequately provide the inpatient level of care after admission to its Medicare and Medicaid patients," and none of the required services were provided "despite Brown's extensive efforts," the suit reads.

Per the complaint, Brown first notified Gammage of what she said was fraudulent billing March 1, 2016. Two weeks

later, after staff had been "ordered not to give too much information" during a D.C. Department of Health visit, Brown told a surveyor about safety failures and improper billing practices at the hospital, according to the lawsuit. Specifically, the complaint said, she reported the following at that time:

- That patients were being charged for admission without being admitted or receiving the services required for admitted patient reimbursement;

- That the hospital was "engaging in Medicare fraud by billing excessively" for procedures that weren't performed;

- That the hospital didn't notify Medicare upon learning of the overbilling;

- That the person signing off on procedures wasn't a licensed U.S. physician, only a doctor licensed in Nigeria.

In the subsequent months, the complaint alleges, Brown made repeated efforts to address the issue: She gave Gammage a proposal to fix the hospital's practices, met multiple times with Gammage to discuss DOH compliance, spoke with colleagues and the hospital's medical records department about the billing practices, sent emails to Gammage alleging financial fraud and presented at an August group meeting evidence that the ER was charging patients for drugs not given or even available on its crash carts, which are stocked with medications and supplies, according to the lawsuit.

After a death in the hospital's ER in early November, the lawsuit claims, Gammage "knew Brown would be imminently blowing the whistle further." Gammage gave Brown a termination letter Nov. 11, it said.

Brown, still based in D.C. after relocating from Atlanta for the HUH position, said she has since started her own

consulting business to help hospitals improve their emergency department processes.

"We have got to make a change in health care when it comes to taking care of our patients — more importantly, particularly, this vulnerable population," Brown said during the interview. She chose to take legal action, she said, because "it's a way to speak up. You follow the chain of commands, and if that doesn't happen, then what? You have to go all the way. And that's what this is.

"The patient population is my priority," she added. "I just want things to be better, and if don't stand up for them, who will?"

  DEADLINE: WEDNESDAY, DECEMBER 11, 2019

### 2020 Minority Business Leader Awards

Help make the next class of Minority Business Leader Awards honorees our best yet. The Washington Business Journal is now accepting nominations for our 13th annual program celebrating diversity and inclusion in the workforce and honoring 25 inspiring minority business leaders in Greater Washington. Help us tell their stories of success.

See nomination details

**RELATED CONTENT**

Howard University floats concept to move its hospital 

The Griffith Stadium batter's box can be found at Howard Hospital 

Revived: Adventist HealthCare is back — and getting plenty bigger 

Howard still pursuing Ward 8 hospital amid potential Adventist deal 

Adventist in talks to take over Howard University Hospital operations 

**Coming events**                                                              More >

  **SEPT. 15**

### Growth Strategies for Small Businesses During Uncertain Times

Join us for a panel discussion and i...

  **SEPT. 29**

### On the Road: D.C. - East of the River

The Washington Business Journal...

  **OCT. 6**

### Women Who Mean Business

One of our most popular signatur...

  **OCT. 20**

### Fastest Growing Companies

Who are the 50 fastest growing ...

Back to Top ▲

# WASHINGTON BUSINESS JOURNAL

User Agreement   |   Privacy Policy

Your California Privacy Rights   |   Ad Choices

© 2022 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated January 1, 2021) and Privacy Policy and Cookie Statement (updated July 1, 2022). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.